Certificate Number: 14912-ILN-DE-022008037

Bankruptcy Case Number: 13-31276



14912-ILN-DE-022008037

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 9, 2013, at 1:09 o'clock AM EDT, Raquel Adams completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:    October 9, 2013               By:    /s/Anthony Levato

                                        Name:  Anthony Levato

                                        Title: Counselor